UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**G&K SERVICES, CO.**                                                              **PLAINTIFF**

vs.                    CIVIL ACTION NO. 3:08CV00048SWW

**BILL'S SUPER FOODS, INC. and**
**BILLY ORR**                                                                      **DEFENDANTS**

### PROTECTIVE ORDER PURSUANT TO STIPULATION AND AGREEMENT

On this __9th__ day of __Feb__, 2009, the Court reviewed the stipulation and agreement for a Protective Order, and makes the following Orders:

1.  Confidential Information, as later defined herein, and produced by either party in this action, shall be used only for the purpose of this litigation and for no other purpose whatsoever, and shall not be given, shown, made available or communicated in any way to anyone except Qualified Persons, as herein defined.

2.  Confidential Information shall be deemed to include, without limitation:

    a)  Those personnel files, financial information, customer service agreements, customer information including lists, training information, proprietary information, trade secrets, and other matters now requested or hereinafter requested by the parties or relating to the operation and organization of the Plaintiff G & K Services, Co. and Defendant Bill's Super Foods, Inc., and such

1

          other information as may be deemed by this Court to be relevant or material herein.

    b)    All financial or personal information and other matters now requested or hereinafter requested by the Plaintiff relating to individual Defendant Billy Orr.

    c)    Any information concerning such as set forth in 2(a) and (b) herein above as may be, from time to time, produced by the parties herein and declared by the party at the time of production to be "Confidential Information" and subject to this Order, such designation to be in writing and may be by letter of transmittal to the party.

3.    Except with the prior written consent of the party or pursuant to further Order of this Court on motion with notice to the party, no Confidential Information may be disclosed to any person other than "Qualified Persons" who shall be defined to include the parties, any present or future counsel of record for the parties in this action, and secretaries, paraprofessional assistants, and other employees of such counsel who would be actively engaged in assisting counsel in connection with this action.

4.    This Order, insofar as it restricts the communication in any way and use of Confidential Information, shall continue to be binding through and after the conclusion of this litigation. At the conclusion of this action, including all appeals:

    a)    The parties or counsel shall take all reasonable steps necessary to reclaim all Confidential Information, including correspondence,

memoranda, notes or any other documents embodying such information, in whole or in part, and counsel shall return all copies of such Confidential Information to opposing party's counsel.

b) Counsel and all Qualified Persons are enjoined from disclosing in any manner any Confidential Information obtained during the course of this proceeding. Severe sanctions will attach to any person who discloses such in violation of this provision.

5. Nothing in this Order shall prevent any party from seeking modification of this Order at any time as to specific matters designated "Confidential Information" to remove such from the application of this Order.

6. Such Confidential Information as may be required to be filed with the Court and with the Clerk of this Court shall be filed under seal. Only the Court, Court personnel, and counsel for the parties shall have access to the sealed record in this proceeding until further Order of this Court.

IT IS HEREBY SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

_____
Monte D. Estes, AR Bar No. 89150
DOVER DIXON HORNE PLLC
425 West Capitol Ave., Suite 3700
Little Rock, AR 72201
(501) 375-9151

**ATTORNEYS FOR THE PLAINTIFF
G & K SERVICES, CO.**


_____
Hunter J. Hanshaw, AR Bar No. 89157
Simmons First Bank Building
P.O. Box 2155
Jonesboro, AR 72402
(870) 935-3420

**ATTORNEYS FOR THE DEFENDANTS
BILL'S SUPER FOODS, INC. and BILLY ORR**