IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| G&K SERVICES, CO., | * |
| Plaintiff, | * |
| vs. | *  No. 3:08cv0048 SWW |
| BILL'S SUPER FOODS, INC. and BILLY ORR, | * |
| Defendants. | * |

## ORDER

The Court has received Proposed Findings and Recommended Disposition from Magistrate Judge J. Thomas Ray. After careful review of those Proposed Findings and Recommended Disposition, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings and disposition in all respects.

IT IS THEREFORE ORDERED that plaintiff G&K Services, Inc.'s Renewed Motion for Summary Judgment [doc.#44] be granted in part and denied in part as set forth in the Magistrate Judge's Proposed Findings and Recommended Disposition. The Court will issue an amended scheduling order in due course.

Dated this 15th day of September 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE