IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| G&K SERVICES, CO., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| | * | |
| vs. | * | No. 3:08cv0048 SWW |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| BILL'S SUPER FOODS, INC. and | * | |
| BILLY ORR, | * | |
| | * | |
| Defendants. | * | |

## ORDER

By Order entered September 15, 2009 [doc.#87], this Court, over the objections of defendants Bill's Super Foods, Inc. and Billy Orr, approved and adopted in their entirety Proposed Findings and Recommended Disposition from Magistrate Judge J. Thomas Ray that plaintiff G&K Services, Inc.'s Renewed Motion for Summary Judgment [doc.#44] be granted in part and denied in part.

Defendants have now filed a motion for reconsideration [doc.#88]. Defendants' motion, however, reasserts the same arguments raised in their initial objections to Judge Ray's Proposed Findings and Recommended Disposition (arguments, it should be noted, that were not raised in their summary judgment papers) and this Court finds no basis for reconsidering its Order approving and adopting Judge Ray's Proposed Findings and Recommended Disposition.

IT IS THEREFORE ORDERED that defendants' motion [doc.#88] for reconsideration be

and it hereby is denied.

Dated this 28th day of October 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE