IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| G&K SERVICES, CO., | * | |
|---|---|---|
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | No. 3:08cv0048 SWW |
| | * | |
| | * | |
| | * | |
| | * | |
| BILL'S SUPER FOODS, INC. and | * | |
| BILLY ORR, | * | |
| | * | |
| Defendants. | * | |

## ORDER

On December 28, 2009, the Court entered a Final Scheduling Order [doc.#91] that *inter alia* established February 22, 2010, as the deadline for conducting discovery and filing dispositive motions, and March 22, 2010, as the deadline for filing motions to amend the pleadings. However, the deadline for conducting discovery and filing dispositive motions has previously expired and motions of defendants Bill's Super Foods, Inc. and Billy Orr to extend the discovery and dispositive motions deadline and for leave to file amended answer and counterclaim have been denied. In addition, summary judgment proceedings have taken place to conclusion. Accordingly, as the time for conducting discovery and filing dispositive motions and motions to amend the pleadings has expired, those aspects of the Final Scheduling Order that established (1) a discovery and dispositive motions deadline of February 22, 2010, and (2) a deadline of March 22, 2010, for filing motions to amend the pleadings, are hereby vacated. All other aspects of the Final Scheduling Order, including the trial date of July 19, 2010, shall remain in place.

IT IS SO ORDERED this 7th day of January 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE