IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| G&K SERVICES, CO., | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 3:08cv0048 SWW |
| | * | |
| | * | |
| BILL'S SUPER FOODS, INC. and | * | |
| BILLY ORR, | * | |
| | * | |
| Defendants. | * | |

ORDER

The trial of this matter scheduled for July 19, 2010, must be continued because of a trial setting in another matter that takes precedence. The Court will issue an amended Scheduling Order in due course.

The motions in limine [doc.#'s 93 & 95] filed by defendants are denied without prejudice. The parties may file any motions in limine consistent with the soon to be issued amended Scheduling Order, *i.e*., Motions in limine shall be filed within the *14 calendar days* prior to trial; however, all motions shall be filed *no later than 3:00 p.m. on Friday* prior to the trial date.

IT IS SO ORDERED this 24th day of June 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE