IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| G&K SERVICES, CO., * | |
| * | |
| Plaintiff, * | |
| * | |
| vs. * | No. 3:08cv0048 SWW |
| * | |
| * | |
| * | |
| BILL'S SUPER FOODS, INC. and * | |
| BILLY ORR, * | |
| * | |
| Defendants. * | |

ORDER

Without objection, the motion [doc.#127] of plaintiff G&K Services, Co. (G&K) for a continuance is hereby granted. The Court will establish a new trial setting in due course.

By Order entered June 7, 2011 [doc.#125], the Court denied defendants' renewed motion in limine [doc.#106], denied defendants' renewed second motion in limine [doc.#108], denied defendants' motion for leave to file an amended and supplemental motion for reconsideration [doc.#111], denied defendants' motion for leave to file an amended and supplemental renewed motion in limine [doc.#112], deferred ruling on G&K's motion in limine [doc.#113], denied defendants' motion for leave to file an amended answer to the third amended complaint [doc.#122], and denied defendants' motion for leave to file a supplemental and second amended counterclaim [doc.#123]. The Court's ruling on defendants' motions will remain in effect for the new trial date.

With respect to G&K's motion in limine [doc.#113], the Court, given that this matter is now being continued, will deny without prejudice G&K's motion in limine and not at this time address any of the matters set forth therein. Rather, the Court will address the matters set forth

in G&K's motion in limine as circumstances at trial may warrant. In this respect, the Court directs that defendants, their counsel, and all witnesses called on their behalf not to mention or bring before the jury, either directly or indirectly, upon voir dire examination, opening statement, interrogation of witnesses, introduction of any evidence, argument, objections before the jury, reading of any portion of the pleadings, or by any other means or in any other manner inform the jury, or bring to the jury's attention, any of the matters set forth in G&K's motion in limine [doc.#113] unless and until such matters have been first called to the attention of the Court as to the admissibility and relevance of any such matters.

IT IS SO ORDERED this 28th day of June 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE