*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*JONESBORO DIVISION*

G & K SERVICES COMPANY

vs.                                    NO. 3:08CV00048  SWW

BILL'S SUPER FOODS, INC.

**ORDER**

The Court, having continued the trial of the above case under separate order, hereby reschedules this matter for trial to a jury during the week beginning **MONDAY, MAY 7, 2012,** commencing at **1:30 P.M.**, *in JONESBORO*, Arkansas. Counsel should be present 30 minutes prior to the time of trial.

Parties may file amended Pretrial Disclosure Sheets, if necessary, by *April 9, 2012.*

All other deadlines remain as previously scheduled and consistent with the new trial date.

IT IS SO ORDERED this 29th day of June 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE