# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

G&K SERVICES COMPANY                     PLAINTIFF/COUNTER-DEFENDANT


VS.                              3:08CV00048 SWW/JTR


BILL'S SUPER FOODS, INC.; and
BILLY ORR                                DEFENDANTS/COUNTER-CLAIMANTS


## ORDER

The parties have advised the Court that they no longer wish to participate in a

settlement conference.  Accordingly, the March 27, 2012 settlement conference is

cancelled.

IT IS SO ORDERED this 15th day of March, 2012.


_____
UNITED STATES MAGISTRATE JUDGE