IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

G&K SERVICES, CO.,                          *
                                            *
                  Plaintiff,                *
                                            *
                                            *
                                            *
vs.                                         *        No. 3:08-cv-0048-SWW
                                            *
                                            *
                                            *
                                            *
BILL'S SUPER FOODS, INC. and                *
BILLY ORR,                                  *
                                            *
                  Defendants.               *

ORDER

        The Court informs the parties that this action must be continued from its current trial

setting of May 7, 2012, in Jonesboro, Arkansas, as this Judge has been assigned by the United

States Court of Appeals for the Eighth Circuit to serve on a three-judge panel in a Voting Rights

Act case, *Jeffers, et al., v. Beebe, et al.,* No. 2:12cv00016, that will be tried during the week of

May 7, 2012, in Helena, Arkansas.  This Voting Rights Act case takes precedence over normal

civil cases.

        The Court notes that this action was filed on March 27, 2008, and has been continued

several times.[1]  Because it will be some time before the Jonesboro courtroom will be available to

this Court, and given that this Court can schedule a trial in Little Rock, Arkansas sooner than in

Jonesboro, the Court advises the parties that it is inclined to move this action to Little Rock for

---

[1] The parties agreed to participate in a settlement conference but one or both parties recently
advised the Court that they no longer desired to participate in a settlement conference.

trial.  The Court will give the parties to and including April 16, 2012, in which to advise this

Court why this action should not be moved to Little Rock for trial.

IT IS SO ORDERED this 6th day of April 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE