## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

G & K SERVICES, CO.

vs.                              NO. 3:08CV00048   SWW

BILL'S SUPER FOODS, INC., ET AL

### ORDER

The Court having notified counsel in the above-styled case that the trial previously scheduled May 7, 2012 would be continued, the case hereby is rescheduled for trial to a jury to commence the week beginning ***JANUARY 14, 2013 AT 9:30 a.m.*** in Jonesboro, Arkansas.  Counsel should be present thirty minutes prior to trial.

As this matter was continued immediately prior to the trial date, all deadlines for discovery and motions have expired.  All other deadlines remain consistent with the new trial setting:  Motions in limine are due within fourteen (14) days of trial but no later than noon Friday before trial and agreed jury instructions are due no later than 14 days prior to trial.

IT IS SO ORDERED this 24th day of April 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE