## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

G&K SERVICES COMPANY                    PLAINTIFF/COUNTER-DEFENDANT


VS.                          3:08CV00048 SWW/JTR


BILL'S SUPER FOODS, INC.; and
BILLY ORR                               DEFENDANTS/COUNTER-CLAIMANTS


### ORDER OF RECUSAL

On February 9, 2012, United States District Judge Susan Webber Wright

referred this case to the Court for a settlement conference.  (Docket entry #132).  In

preparing for the March 27, 2012 settlement conference, the Court reviewed a

confidential settlement letter from Plaintiff's counsel dated March 15, 2012.  In this

letter, Plaintiff's counsel discussed the underlying facts of the case, the merits of

Plaintiff's claims, the reasons Defendants' defenses would fail, and the reasons

Defendants' counterclaims were without merit.  The Court then called Plaintiff's

counsel and raised and discussed numerous questions about the underlying facts,

Plaintiff's damages, the merits of Plaintiff's claims and Defendants' counterclaims

and potential damages.

Later that day, counsel for Defendants contacted the Court and indicated that

his clients no longer wished to participate in the upcoming settlement conference. Accordingly, the March 27, 2012 settlement conference was cancelled. (Docket entry #134).

On April 24, 2012, United States District Judge Susan Webber Wright rescheduled this case for a jury trial on January 14, 2013. (Docket entry #138). On April 25, 2012, the parties consented to proceeding before a United States Magistrate Judge. (Docket entry #139).

As previously discussed, during preparation for the March 27, 2012 settlement conference, the undersigned United States Magistrate Judge learned facts and formed opinions and judgments about the merits of this case. Accordingly, he must now recuse.

The Clerk is directed to randomly reassign this case to another United States Magistrate Judge.

IT IS SO ORDERED this 25th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE