IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**G&K SERVICES CO., INC.**                                                           **PLAINTIFF**

v.                                    **3:08-CV-00048-JJV**

**BILL'S SUPER FOODS, INC.**
**and BILL ORR**                                                                       **DEFENDANTS**

## ORDER

Defendants' Motion in Limine to Admit Federal Rule of Evidence 1006 Summaries (Doc. No. 154) is GRANTED. Defendants are to forthwith provide Plaintiff with copies of the summaries they intend to use. If the parties cannot agree on the substance of the summaries, they should notify me (via motion) by 5 p.m., Thursday, April 25, 2013.

SO ORDERED this 12th day of April, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE