**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**G&K SERVICES CO., INC.**                                                 **PLAINTIFF**

**v.**                       **3:08-CV-00048-JJV**

**BILL'S SUPER FOODS, INC.
and BILL ORR**                                               **DEFENDANTS**

### ORDER

Pending is Plaintiff's Motion to Quash Subpoena Duces Tecum (Doc. No. 149). In response, Defendants contend that they "modify such subpoenas only to compel the attendance of witness Leslie Wood and Bill Harris at the time specified in the subpoena."[1] That being so, Plaintiff's Motion is GRANTED with respect to the document requests in Defendants' subpoena and Leslie Wood and Bill Harris shall comply with the subpoena and appear at the time specified. The request for attorneys fees is DENIED.

SO ORDERED this 12th day of April, 2013.

                                                                                             */s/ Joe J. Volpe*
                                                                            JOE J. VOLPE
                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Doc. No. 151.