IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| G&K Services Company, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 3:08CV00048-JJV |
| Bill's Super Foods, Inc.; *et al.*, | * |
| | * |
| Defendants. | * |

## JUDGMENT

This action came before the Court for trial by jury beginning May 1, 2013. G&K Services Company (G&K) was represented by its attorney, Mr. Monte Estes, Esq., and Bill's Super Foods, Inc. (Bill's) was represented by Mr. Hunter Hanshaw, Esq. All parties announced they were ready for trial. After all the evidence had been received, and the jury duly instructed on the law, the jury returned a verdict as follows:

1. On G&K's claim for liquidated damages, the jury found in favor of G&K and awarded damages in the amount of $50,837.92.

2. On Bill's counterclaim for breach of contract, the jury found in favor of G&K.

3. On Bill's counterclaim for deceptive trade practices, the jury found in favor of Bill's and awarded damages in the amount of $25,418.96.

4. On Bill's counterclaim for fraud, suppression, and deceit, the jury found in favor of G&K.

Judgment is therefore entered in favor of G&K on the claim of liquidated damages and counter claim for breach of contract and fraud, suppression, and deceit. Judgment is entered for Bill's on the counterclaim of deceptive trade practices. This case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of May 2013.

                                               JOE J. VOLPE
                                               UNITED STATES MAGISTRATE JUDGE