**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**G&K SERVICES CO., INC.**                                                  **PLAINTIFF**

v.                            **3:08CV00048-JJV**

**BILL'S SUPER FOODS, INC.**                                        **DEFENDANT**

**ORDER**

Defendant's Motion for Reconsideration (Doc. No. 229) is DENIED without prejudice.

I recognize that the Arkansas Deceptive Trade Practices Act allows for reasonable attorney's fees. Defendant argues that the ADTPA trumps the rule that there can be only one prevailing party, and only the prevailing party is entitled to attorney's fees. However, it provided no authority to support this proposition.

If Defendant has case law that specifically states that the ADTPA trumps the prevailing party rule, Defendant must provide it by 5:00 p.m., Thursday, August 8, 2013.

IT IS SO ORDERED this 1st day of August, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE