IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**G&K SERVICES CO. , INC.**                                                                                   **PLAINTIFF**

v.                                           **3:08-CV-00048-JJV**

**BILL'S SUPER FOODS, INC.**
**and BILL ORR**                                                                                                **DEFENDANTS**

### ORDER

Defendants' Motion to Stay Judgment (Doc. No. 241) is DENIED without prejudice.

Defendants may refile the motion after complying with Federal Rule of Civil Procedure 62(d).

IT IS SO ORDERED this 16th day of October, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1